UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| PRISCILLA GUYTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:15-cv-4811-RBH |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Acting Commissioner's Motion to Remand, it is hereby

**ORDERED** that such motion is granted and this action is remanded to Defendant for further evaluation under sentence four of 42 U.S.C.§ 405(g).

July 15, 2016                                                         s/ R. Bryan Harwell
Florence, South Carolina                                    R. Bryan Harwell
                                                                            United States District Judge